RECEIVED
AUG 27 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KEVIN WHITE, ET AL. | CIVIL ACTION NO. 6:13-2656 (LEAD) |
| VERSUS | JUDGE DOHERTY |
| DARYL DWAYNE JACKSON, ET AL. | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Currently pending before the Court is a Motion in Limine [Doc. 23], filed on behalf of plaintiff Kevin White, whereby plaintiff moves the Court for an order excluding collateral source evidence[1] at the trial of this matter. [Id. at 1] The motion is unopposed.[2]

The motion in limine, appearing to be well-founded in law[3] and fact and being unopposed by defendants, is hereby GRANTED. Accordingly, defendants are prohibited at trial from making any reference to collateral source payments and/or collateral source discounts or reductions (e.g. benefits plaintiff received from his health insurer), made to or on behalf of plaintiff Kevin White.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 27th day of August, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff particularly identifies medical bills, including "write off amounts," paid by his health insurer as collateral sources which should be excluded at trial. [Doc. 23, pp. 2-3; Doc. 23-1, p.3]

[2]Any opposition to the motion was to be filed on or before July 15, 2015. See LR7.5. To date, no opposition has been filed.

[3]See e.g. Bozeman v. State, 879 So.2d 692, 697-98 (La. 2004); Miciotto v. U.S., 270 Fed.Appx. 301, 303 (5th Cir. 2008); Madrid v. AEP River Operations, LLC, 151 So.2d 897 (La.App. 4 Cir. 2014).